The People of the State of New York, Respondent, 
against
William Hooper, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Linda Poust-Lopez, J.), rendered February 27, 2013, convicting him, upon a plea of guilty, of unlicensed driving and disorderly conduct, and imposing sentence.




Per Curiam.
Judgment of conviction (Linda Poust-Lopez, J.), rendered February 27, 2013, affirmed.
Defendant's guilty plea was knowing, intelligent and voluntary. At the plea proceeding, defendant pleaded guilty to unlicensed driving, a traffic infraction, and disorderly conduct, a violation, in satisfaction of an accusatory instrument charging, inter alia, several misdemeanor offenses. Defendant personally confirmed that he was pleading guilty voluntarily and that he understood he was waiving the right to a trial, the right to present a defense and the right to confront the witnesses against him. Thus, the record as a whole establishes defendant's understanding and waiver of his constitutional rights (see Boykin v Alabama, 395 US 238 [1969]), despite the absence of a full enumeration of all the rights waived (see People v Sougou, 26 NY3d 1052, 1054 [2015]; People v Simmons, 138 AD3d 520 [2016], lv denied 27 NY3d 1139 [2016]).
In any event, the only relief that defendant requests is dismissal of the information, and he expressly requests this Court to affirm his conviction if it does not grant a dismissal. Since we do not find that dismissal would be appropriate, we affirm on this basis as well (see People v Conceicao 26 NY3d 375, 385 n 1 [2015]; People v Teron, 139 AD3d 450 [2016]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: February 20, 2018